# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| REPEAT PRECISION, LLC, | § |
| Plaintiff, | § § § |
| v. | §  Civil Action No. 6:21-cv-00125-ADA |
| G&H DIVERSIFIED MFG., LP, | § § § |
| Defendant. | § § § |

## ORDER

Before the Court is the Parties' Joint Motion for Continuance of CMC (the "Motion"). The Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that the Motion is GRANTED. The CMC and all related deadlines will be extended thirty (30) days, and the CMC will therefore be deemed to occur on Friday, July 30, 2021.

IT IS SO ORDERED.

SIGNED this 18th day of June, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE