# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| REPEAT PRECISION, LLC, § § Plaintiff, § § v. § § G&H DIVERSIFIED MFG., LP, § § Defendant. § § | Civil Action No. 6:21-cv-00125-ADA |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), and based on a separately entered agreement between the parties, Plaintiff Repeat Precision, LLC hereby dismisses without prejudice all claims asserted against Defendant G&H Diversified Manufacturing, LP in the above-captioned matter. It is further stipulated that the parties shall bear their own costs, expenses, and attorneys' fees.

Dated: December 13, 2021

Respectfully submitted,

By: */s/ Krisina J. Zuñiga*
J. Hoke ("Trey") Peacock III
Texas Bar No. 15679380
tpeacock@susmangodfrey.com
Shawn L. Raymond
Texas Bar No. 24009236
sraymond@susmangodfrey.com
Shawn Blackburn (*pro hac vice*)
Texas Bar No. 24089989
sblackburn@susmangodfrey.com
Krisina J. Zuñiga
Texas Bar No. 24098664
kzuniga@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100

Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

**ATTORNEYS FOR**
**REPEAT PRECISION LLC**

*/s/ Amir Alavi*
Amir Alavi
State Bar No. 00793239
Todd Mensing
State Bar No.: 24013156
Michael McBride
State Bar No. 24065700
Joshua Wyde
State Bar No. 24060858
Steven Jugle
State Bar No. 24083280
Colin Phillips
State Bar No. 24105937
**AHMAD, ZAVITSANOS, ANAIPAKOS,**
**ALAVI & MENSING, P.C.**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
tmensing@azalaw.com
aalavi@azalaw.com
mmcbride@azalaw.com
jwyde@azalaw.com
sjugle@azalaw.com
cphillips@azalaw.com

**ATTORNEYS FOR**
**G&H DIVERSIFIED MANUFACTURING, LP**

## **CERTIFICATE OF SERVICE**

I certify that on December 13, 2021, a true and correct copy of the above and foregoing was served via CM/ECF on all counsel of record.

                                                  */s/ Krisina J. Zuñiga*
                                                  Krisina J. Zuñiga